UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00097-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| THOMAS DONNELL SIFFORD | ) |

**THIS MATTER** is before the Court upon joint motion of the parties for early termination of the defendant's supervised release, (Doc. No. 95), and the defendant's pro se motion for relief under the First Step Act of 2018, (Doc. No. 90).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate a term of supervised release after one year where warranted by the conduct of the defendant and the interest of justice. The defendant was originally sentenced to an eight-year term of supervised release which began on or about January 23, 2015. (Doc. No. 30: Judgment at 3; Doc. No. 70: Order). The defendant contends that mandatory minimum term is no longer applicable under the First Step Act. (Doc. No. 90).

While the conditions of release have been modified twice for non-compliance, (Doc. Nos. 70, 79), his release has not been revoked in over four years of supervision. Therefore, the Court finds good cause to terminate supervised release early.

1

**IT IS, THEREFORE, ORDERED** that the parties' joint motion for early termination, (Doc. No. 95), is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant's pro se motion seeking a reduction of the term of supervised release, (Doc. No. 90), is **MOOT**.

The Clerk is directed to certify copies of this order to the defendant, the Federal Defender, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 22, 2019

Robert J. Conrad, Jr.
United States District Judge